# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| KENTUCKY HIGHER EDUCATION ASSISTANCE AUTHORITY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 14-0006-CG-M |
| AMSTAR EMERGENCY MEDICAL SERVICES, INC. | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This cause is before the court on the Motion to Dismiss without Prejudice (Doc. 22) filed by plaintiff this date, reporting that the case has settled and requesting that the court dismiss this case without prejudice. Because no answer or motion for summary judgment by the defendant has been filed, this case is hereby **DISMISSED** without prejudice, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

**DONE and ORDERED** this 1st day of July, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE